No. 99–10212. BARNETT v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 99–10213. CALDWELL v. UNITED STATES. C. A. 6th Cir. Certiorari denied. 

No. 99–10214. SETLIFF v. ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. Sup. Ct. Va. Certiorari denied.

No. 99–10216. ACEVEDO v. GARRAGHTY, WARDEN. C. A. 4th Cir. Certiorari denied. 

No. 99–10217. CORDOVA-GONZALEZ v. UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT. C. A. 1st Cir. Certiorari denied.

No. 99–10218. BELL v. NORTH DAKOTA. Sup. Ct. N. D. Certiorari denied. 

No. 99–10219. BALL v. IOWA. Sup. Ct. Iowa. Certiorari denied. 

No. 99–10220. COX v. BOWLEN, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 99–10222. GELL v. NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied. 

No. 99–10223. DEERE v. LINDSEY, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 99–10224. MYERS v. MICHIGAN. C. A. 6th Cir. Certiorari denied.

No. 99–10225. GARCIA v. UNITED STATES; and
No. 99–10266. URIBE v. UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 211 F. 3d 593.

No. 99–10226. HAMILTON v. UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 99–10227. TAYLOR v. HANKS, SUPERINTENDENT, WABASH VALLEY CORRECTIONAL FACILITY. C. A. 7th Cir. Certiorari denied.